IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | CRIMINAL NO. EP-12-CR-0707-KC |
|---|---|---|
| Plaintiff, | § | **MISDEMEANOR INFORMATION** |
| v. | § | |
| JOSEPH PAUL TAYLOR, | § | CT: 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(A)-Fraud and Related Activity in Connection with Computers |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(A))

On or about April 28, 2010, within the Western District of Texas, the Northern District of California, and elsewhere, the defendant,

**JOSEPH PAUL TAYLOR,**

intentionally accessed a computer in excess of the authorization, and thereafter obtained information from a protected computer, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(A).

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
DONNA S. MILLER
Assistant U.S. Attorney
Texas Bar #14070400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884